*Order prepared by:*
Kevin R. Anderson
Office Chapter 13 Trustee
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone:  (801) 596-2884
Facsimile:   (801) 596-2898
kratrusteemail@ch13kra.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| In re:<br><br>JASON RICHARD WALKER<br>JADE WALKER<br><br>Debtors. | Case No. 10-31536<br>Chapter 13<br>*FILED ELECTRONICALLY*<br>Judge R. Kimball Mosier<br>(Confirmation Hearing:  *11/09/10 at 11:00 AM*) |
|---|---|

**ORDER CONTINUING CONFIRMATION HEARING**

**FOLLOWING CONTESTED CONFIRMATION HEARING**

A hearing on confirmation of the Chapter 13 plan came before this Court on *11/09/10 at 11:00 AM*.  Kevin R. Anderson, Chapter 13 Trustee, appeared personally or by counsel and other parties, if any, made their appearances on the record.  Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

1.      The hearing on confirmation is continued to January 4, 2011, at 11:00 AM.

IT IS FURTHER ORDERED that, if the following conditions are not satisfied within the time limits set forth below, confirmation of the Debtors' plan may be denied and the case may be dismissed without further notice and hearing:

**Filed: 11/15/10**

2

2.  The Debtors shall file with the Court and provide the Trustee with a copy of an affidavit regarding debtors' employment and the use of the trailer used for work and its necessity for continued employment.

**END OF DOCUMENT**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order was served by ECF (as indicated below) or addressed to the following persons and deposited in the U.S. Mail, first-class postage prepaid, on the 15th day of November 2010.  Pursuant to Rule 9021-(c), Local Rules of Practice of the United States Bankruptcy Court for the District of Utah, persons who appeared at the hearing, and who have not otherwise approved the Order, shall have eight (8) days from the date of service to file an objection to the form of the Order.  If an objection is not timely filed, the Order shall be deemed approved, and the Court may enter the Order.

ROBERT S. PAYNE
ECF NOTIFICATION

_____/s/_____
Office Chapter 13 Trustee

## COURT SERVICE LIST

KEVIN R. ANDERSON
STANDING CHAPTER 13 TRUSTEE
ECF NOTIFICATION

ROBERT S. PAYNE
ECF NOTFICATION

JASON RICHARD WALKER
JADE WALKER
1582 NORTH MAIN STREET
GENOLA, UT 84655-0000